# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. EDMO 4:07-MJ-2148-AGF |
| ) | |
| ) | |
| Jeffrey M. Wilson, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Cash Bail in the amount of $100.00 was posted in the above-styled matter in the United States District Court-Eastern District of Missouri. These funds were received on behalf of the United States District Court-Western District of Oklahoma, and therefore, the Clerk of the United States District Court-Eastern District of Missouri is hereby ORDERED to forward the funds collected to: Clerk, U.S. District Court-Western District of Oklahoma, 1210 United States Courthouse, 200 Northwest Fourth Street, Oklahoma City, OK 73102.

Dated this 2nd day of November, 2007.

*(signed)* Audrey G. Fleissig
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE